UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | ED CV 17-01046-FMO (PJW) | Date | January 22, 2018 |
|---|---|---|---|

| Title | *Charles N. Belssner v. The State of California, et al.* |
|---|---|

| Present: The Honorable | Patrick J. Walsh, U.S. Magistrate Judge |
|---|---|

| Isabel Martinez | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants |
|---|---|
| N/A | N/A |

**Proceedings:**   Order to Show Cause Why Second Amended Complaint Should Not Be Dismissed

On December 4, 2017, Plaintiff Charles Belssner, proceeding *pro se* and in forma pauperis, filed a Second Amended Complaint against the Riverside County Superior Court. (Doc. No. 4.) Plaintiff failed to allege that he is an individual with a disability and failed to state a claim under Title II of the Americans with Disabilities Act ("ADA"). He further failed to set forth any facts to show how court representatives and/or employees denied him access to the court, excluded him from full participation, or otherwise discriminated against him based on his disability. On December 13, 2017, the Court dismissed the Second Amended Complaint with leave to file a Third Amended Complaint by December 29, 2017. The Court has not received a Third Amended Complaint or any other communication from Plaintiff.

Accordingly, by **February 8, 2018**, Plaintiff is ORDERED TO SHOW CAUSE why this action should not be dismissed for failure to prosecute and/or comply with the Court's previous order. Plaintiff is cautioned that failure to timely file a response will be deemed consent to the dismissal of this action. In the event Plaintiff wishes to voluntarily dismiss this action, he may complete and return the enclosed Notice of Dismissal form by **February 8, 2018.**

If Plaintiff files a Third Amended Complaint by **February 8, 2018**, this Order to Show Cause will be automatically discharged and Plaintiff will not need to file a separate response addressing it.

S:\PJW\Cases-Civil Rights\BELSSNER\OSC Why SAC should not be dismissed.wpd

                                                                                   : 00

                                                    Initials of Preparer    im