UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 17-01046-FMO (PJW) | Date | April 23, 2018 |
|---|---|---|---|

| Title | *Charles N. Belssner v. The State of California, et al.* |
|---|---|

| Present: The Honorable | Patrick J. Walsh, U.S. Magistrate Judge | |
|---|---|---|
| Isabel Martinez | N/A | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**       Order to Show Cause Why Case Should Not Be Dismissed

    On February 26, 2018, the Court granted Plaintiff leave to file a Third Amended Complaint by March 30, 2018. (Doc. No. 15.) The Court has not received a Third Amended Complaint or any other communication from Plaintiff.

    Accordingly, by **May 8, 2018**, Plaintiff is ORDERED TO SHOW CAUSE why this action should not be dismissed for failure to prosecute and/or comply with the Court's previous order. Plaintiff is cautioned that failure to timely file a response will be deemed consent to the dismissal of this action. In the event Plaintiff wishes to voluntarily dismiss this action, he may complete and return the enclosed Notice of Dismissal form by **May 8, 2018.**

    If Plaintiff files a Third Amended Complaint by **May 8, 2018**, this Order to Show Cause will be automatically discharged and Plaintiff will not need to file a separate response addressing it.