JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES N. BELSSNER,<br><br>               Plaintiff,<br><br>      v.<br><br>THE STATE OF CALIFORNIA,<br>et al.,<br><br>            Defendants. | Case No. ED CV 17-01046-FMO (PJW)<br><br>J U D G M E N T |

Pursuant to the Order Dismissing Action for Failure to Prosecute,

JUDGMENT IS HEREBY entered dismissing the action without prejudice.


DATED:     June 13, 2018


_____/s/_____
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE

C:\Users\imartine\AppData\Local\Temp\notesC7A056\Judgment.wpd